JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>     Plaintiff,<br><br>     vs.<br><br>CARLOS URBINA, an individual dba "U.C. ELECTRIC"<br><br>     Defendant. | CASE NO.: CV 09-07647 R (OPx)<br><br>ASSIGNED TO THE HONORABLE MANUEL L. REAL<br><br>**JUDGMENT** |

Plaintiff's motion for default judgment came on regularly for hearing on May 17, 2010, in the above-referenced Court, the Honorable Manuel Real, United States District Judge, presiding. Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan shall recover from Carlos Urbina, an individual dba U.C. Electric, the principal amount of $5,968.83 (consisting of unpaid fringe benefit contributions of $4,797.20, prejudgment interest of $308.13, and liquidated damages of $863.50), together with attorney's fees of

$4,011.50, and costs of $787.27, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated:  May 27, 2010

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: May 26, 2010            **LAQUER URBAN CLIFFORD & HODGE LLP**

By:   /s/ Denise E. Carter
        Susan Graham Lovelace
        Denise E. Carter
Attorney for Plaintiffs, Trustees of the Southern
California IBEW-NECA Pension Plan, et al.

311558